FILED
November 02, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003875498

MARK W. BRIDEN
*Attorney at Law*
691 Maraglia Drive
P.O. Box 493085
Redding, CA 96049
(530)222-1664

State Bar No. 096806
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re: JOANNE VONDRACEK

Debtor.

Case No. 11-44032-E-13C
Docket Control No. MWB-5

MOTION FOR ORDER CONFIRMING CHAPTER 13 PLAN FILED OCTOBER 20, 2011

DATE: December 20, 2011
TIME: 2:00 pm
JUDGE: SARGIS
ROOM: 33

Local Rule 9014-1
11 USC § 1329

TO THE HONORABLE JUDGE RONALD H. SARGIS,

JOANNE VONDRACEK, debtor, by and through her attorney, MARK W. BRIDEN, respectfully represents:

1. On October 4, 2011, debtor filed a petition under Chapter 13 of the United States Bankruptcy Code. David Cusick was appointed Chapter 13 Trustee. The debtor was the subject of a Notice of Default and Election to Sell which resulted in an emergency bankruptcy petition filing. The remaining documents and Chapter 13 Plan were filed October 20, 2011.

MARK W. BRIDEN
*Attorney at Law*
*691 Maraglia Drive*
*P.O. Box 493085*
*Redding, CA 96049*
*(530)222-1664*

2. The Section 341 meeting of Creditors is scheduled for November 10, 2011 at US District Court in Redding, California. The debtor will appear to be examined by the Trustee.

3. A Declaration of Debtor in Support of Motion to Confirm Chapter 13 Plan filed October 20, 2011 has been filed in support of this Motion. Request is hereby made the Court take Judicial Notice of the Declaration of Debtor in Support of Confirmation of Chapter 13 Plan.

4. This Motion requests confirmation of the Chapter 13 Plan filed October 20, 2011.

5. This Motion, Declaration of Debtor in Support of Confirmation of Chapter 13 Plan, Chapter 13 Plan and Notice of hearing have been served on all creditors and parties in interest more than 42 days prior to hearing with Proof of Service being filed with this Court.

WHEREFORE FOLLOWING Notice and Hearing, debtor, by and through her Attorney, pray for an Order of this Court as follows:

1. For an Order Confirming the Chapter 13 Plan filed October 20, 2011;and

2. For such other and further relief as this Court may deem just and proper.

DATED: November 2, 2011

MARK W. BRIDEN
ATTORNEY FOR DEBTOR