FILED

November 02, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003876323

*MARK W. BRIDEN*
*Attorney at Law*
*691 Maraglia Drive*
*P.O. Box 493085*
*Redding, CA 96049*
*(530)222-1664*

State Bar No. 096806
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In Re: JOANNE VONDRACEK

Case No. 11-44032-E-13C
Docket Control No. MWB-2

MOTION TO VALUE
COLLATERAL OF
PAT KELLY RE
SECOND DEED OF TRUST

DATE:  December 6, 2011
TIME: 2:00 pm
JUDGE: SARGIS
ROOM: 33

Debtor.

_____/

Local Rule 9014-1
11 USC § 506

TO THE HONORABLE JUDGE RONALD H. SARGIS:

Debtor, JOANNE VONDRACEK, by and through her attorney, MARK W. BRIDEN,

hereby move the Court for an Order Valuing the collateral of Pat Kelly regarding the Second

Deed of Trust, on property at 1675 Oak St., Oroville, CA, as follows:

1. The above referenced Chapter 13 case was filed on October 6, 2011.  David P. Cusick

has been appointed Chapter 13 Trustee.

2. Debtors assets include her property located at 1675 Oak St, Oroville, California

which property bears Butte County Assessors Parcel Number 012-146-13-000.

1 of 2

*MARK W. BRIDEN*
*Attorney at Law*
*691 Maraglia Drive*
*P.O. Box 493085*
*Redding, CA 96049*
*(530)222-1664*

3. The secured debt of Pat Kelly, regarding the Second Deed of Trust, on said collateral was duly listed in Schedule D.

4. The liens against this property are as follows:

a) Lundelius Family Trust, First Deed of Trust; $154,000.00;

b) Pat Kelly, Second Deed of Trust; $30,000.00; and

c) Valley Financial, Third Deed of Trust; $40,000.00.

5. Debtor hereby requests this Court enter an Order Valuing the subject property at $100,000.00. Because the Senior Lien of The Lundelius Family Trust regarding the First Deed of Trust, exceeds the value of the subject property, debtor requests the Court value the secured claim of creditor Pat Kelly, as to Second Trust Deed on their personal residence, at zero dollars.

6. As evidence of the value of the collateral at issue debtor hereby offers a Declaration of Debtor in Support of Motion to Value Collateral. Attached to Exhibit "A" and incorporated herein by this reference, is a true and correct copy of the filed Attachment M-3.

WHEREFORE, debtor respectfully request an Order Valuing the subject property at $100,000.00, and that the Court enter an Order Valuing the collateral consisting of real property At 1675 Oak St, Oroville, California, and secured claim of Pat Kelly, regarding the Second Deed of Trust, at zero dollars.

DATED: November 2, 2011

MARK W. BRIDEN
ATTORNEY FOR DEBTOR
2 of 2