FILED
November 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003877665

MARK W. BRIDEN
Attorney at Law
691 Maraglia Drive
P.O. Box 493085
Redding, CA 96049
(530)222-1664

State Bar No. 096806
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re: JOANNE VONDRACEK

Debtor.
_____/

Case No. 11-44032-E-13C
Docket Control No. MWB-3

MOTION TO VALUE
COLLATERAL OF
VALLEY FINANCIAL INC. RE
THIRD DEED OF TRUST

DATE: December 6, 2011
TIME: 2:00 pm
JUDGE: SARGIS
ROOM: 33

Local Rule 9014-1
11 USC § 506

TO THE HONORABLE JUDGE RONALD H. SARGIS:

Debtor, JOANNE VONDRACEK, by and through her attorney, MARK W. BRIDEN, hereby move the Court for an Order Valuing the collateral of Pat Kelly regarding the Second Deed of Trust, on property at 1675 Oak St., Oroville, CA, as follows:

1. The above referenced Chapter 13 case was filed on October 6, 2011. David P. Cusick has been appointed Chapter 13 Trustee.

2. Debtors assets include her property located at 1675 Oak St, Oroville, California which property bears Butte County Assessors Parcel Number 012-146-13-000.

MARK W. BRIDEN
Attorney at Law
691 Maraglia Drive
P.O. Box 493085
Redding, CA 96049
(530)222-1664

3. The secured debt of Valley Financial Inc., regarding the Third Deed of Trust, on said collateral was duly listed in Schedule D.

4. The liens against this property are as follows:

a) Lundelius Family Trust, First Deed of Trust; $154,000.00;

b) Pat Kelly, Second Deed of Trust; $30,000.00; and

c) Valley Financial, Third Deed of Trust; $40,000.00.

5. Debtor hereby requests this Court enter an Order Valuing the subject property at $100,000.00. Because the Senior Lien of The Lundelius Family Trust regarding the First Deed of Trust, and the debt of Pat Kelly, regarding the Second Deed of Trust, exceed the value of the subject property, debtor requests the Court value the secured claim of creditor Valley Financial Inc, as to the Third Trust Deed on their personal residence, at zero dollars.

6. As evidence of the value of the collateral at issue debtor hereby offers a Declaration of Debtor in Support of Motion to Value Collateral. Attached to Exhibit "A" and incorporated herein by this reference, is a true and correct copy of the filed Attachment M-3.

WHEREFORE, debtor respectfully request an Order Valuing the subject property at $100,000.00, and that the Court enter an Order Valuing the collateral consisting of real property At 1675 Oak St, Oroville, California, and secured claim of Valley Financial, regarding the Third Deed of Trust, at zero dollars.

DATED: November 3, 2011

MARK W. BRIDEN
ATTORNEY FOR DEBTOR
2 of 2