FILED
November 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003877669

*MARK W. BRIDEN*
*Attorney at Law*
*691 Maraglia Drive*
*P.O. Box 493085*
*Redding, CA 96049*
*(530)222-1664*

State Bar No. 096806
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re: JOANNE VONDRACEK

          Debtor.
_____/

Case No. 11-44032-E-13C
Docket Control No. MWB-3

EXHIBITS IN SUPPORT OF
MOTION TO VALUE COLLATERAL
OF VALLEY FINANCIAL INC RE
THIRD DEED OF TRUST

DATE: December 6, 2011
TIME: 2:00 pm
JUDGE: SARGIS
ROOM: 33

Local Rule 9014-1
11 USC § 1329

Attached as Exhibit "A-1", and incorporated herein by this reference, is a copy of Attachment M-3 filed October 20, 2011.

DATED: November 3, 2011

                                             MARK W. BRIDEN
                                       ATTORNEY FOR DEBTOR

# ATTACHMENT M-3
Optional – Discard if not used
## MOTIONS TO VALUE COLLATERAL
(Pursuant to subsections (a) and (d) of 11 U.S.C. § 506
and Federal Rule of Bankruptcy Procedure 3012)

(A separate motion must be filed as to each creditor.)
NUMBER OF MOTIONS TO VALUE COLLATERAL IN THIS PLAN 4
DOCKET CONTROL NUMBER ASSIGNED TO THIS MOTION TO VALUE COLLATERAL: mwb-3

**NOTICE IS HEREBY GIVEN** that Debtor requests the court to value the property described below. This property secures the claim of the creditor named below. Debtor also requests that the amount of the creditor's secured claim not exceed the value of its security, less the claims of creditors holding senior liens or security interests. This determination will supercede any greater secured claim demanded in a proof of claim. Any objections to the creditor's claim are reserved and will be filed after the creditor has filed a proof of claim. In the opinion of the debtor, the collateral has the replacement value indicated below.

Name of the creditor whose collateral is being valued by this motion:
Valley Financial re 3rd Deed of Trust

Total amount of this creditor's claim: $ 40,000.00

Description of collateral [*For vehicles include the mileage on the date of the petition and a list of optional equipment. For real property, state the street address and a brief description of it such as "single family residence" or "ten-acre undeveloped lot"*]:
property at 1675 Oak St, Oroville, CA bearing Butte County Assessors Parcel No. 012-146-13-000

The amount owed to and the name of all creditors holding liens or security interests senior to the lien or security interest of the above-named creditor:
Lundelius Family Trust owed $154,000.00 on First Deed of Trust and
Pat Kelly owed $30,000.00 on Second Deed of Trust

Debtor's opinion of the collateral's "replacement value" [as defined and limited by section 506(a)(2)]: $ 100,000.00

Other information relevant to the resolution of this motion:

I (we) declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:

_____
Debtor

_____
Joint Debtor

EDC 3-080, Attachment M-3 (Rev. 02/02/2009)