FILED
November 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003904032

**MARK W. BRIDEN**
Attorney at Law
691 Maraglia Drive
P.O. Box 493085
Redding, CA 96049
(530)222-1664

State Bar No. 096806
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re: JOANNE VONDRACEK

Debtor
_____/

Case No.11-44032-E-13C
Docket Control No. MWB-3

NOTICE OF CONTINUED
HEARING RE MOTION
TO VALUE COLLATERAL
OF VALLEY FINANCIAL INC
RE SECOND DEED OF TRUST

DATE: **December 20, 2011**
TIME: 2:00 pm
JUDGE: SARGIS
COURTROOM: 33

Local Rule 9014-1
11 USC § 506

TO: David P. Cusick, Chapter 13 Trustee; Shellie Hatfield, Agent for Service of Process for Valley Financial Inc., 420 Folsom Rd, Suite A, Roseville, CA 95678; Daniel F. Hunt, Agent for Service of Process for Mid Valley Title and Escrow company, 601 Main St, Chico, CA 95928; and Other Parties in Interest:

NOTICE IS HEREBY GIVEN the above referenced Motion to Value Collateral filed by the above referenced debtor, shall be continued to December 20, 2011 at the hour of 2:00 pm before the Honorable Judge Ronald H. Sargis in Courtroom 33 of the United States Bankruptcy Court, 501 "I" Street, Sacramento, California.

*MARK W. BRIDEN*
*Attorney at Law*
*691 Maraglia Drive*
*P.O. Box 493085*
*Redding, CA 96049*
*(530)222-1664*

The continuance was at the request of creditor, Valley Financial Inc., through its attorney Douglas B. Jacobs.

DATED: November 16, 2011

　　　　　　　　　　　　　　　　　MARK W. BRIDEN
　　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTOR